JR

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

United States of America )
v. )
)  Case No. D:26·MJ·335
Davonta Tyquan FLOOD )
DOB: 10/26/1996 )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 3, 2026_____ in the county of _____Franklin_____ in the _____Southern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. C. §922(g)(1) and 924(a)(8) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Thomas Livingston, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 3, 2026

_____
*Judge's signature*

City and state: Columbus, Ohio

N m KING, USM Judge
*Printed name and title*

AO 91 (Rev. 3/99) Criminal Complaint

## PROBABLE CAUSE AFFIDAVIT
## Davonta FLOOD

I, Thomas Livingston, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2016. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since July, 2025. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Davonta Tyquan FLOOD (hereinafter referred to as FLOOD) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possessing a firearm, which the firearm had been shipped and transported in interstate or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware of that relate to this investigation but rather is provided for the limited purpose of establishing probable cause that FLOOD committed this offense.

4. On June 2, 2026, Detective Todd Barston, Franklin County Sheriff's Office (FCSO) Special Investigations Unit (SIU), submitted a narcotics search warrant for 85 ½ S. Wheatland Ave, Columbus, Ohio 43204. The warrant was signed by Franklin County Municipal Court Judge Mark Hummer.

5. On June 3, 2026, at approximately 7am, FCSO Special Weapons and Tactics (SWAT) team executed the search warrant at 85 ½ S Wheatland Ave. While making entry into the residence SWAT located FLOOD walking down the main stairwell of the residence. FLOOD surrendered himself to SWAT. Two other adult males also surrendered themselves to SWAT. SWAT entered the residence and searched for any other persons inside the residence. While searching the front bedroom of the house, SWAT officers lifted the bed and located a Taurus Judge .45 caliber serial number KR241569 between the mattress and the bedframe. SWAT finished clearing the residence for any other persons and released the house to Detectives to complete an evidence search.

6. SIU Detective Cody Corrova entered the front bedroom (labeled room A) and took custody of the Taurus handgun. Prior to taking custody of the handgun, the handgun was photographed and swabbed for DNA by SIU Detective Colin Brintlinger.

7. SIU Detectives continued to search room A and located three individually packaged bags of narcotics. The narcotics were located on the ground, at the foot of the bed in a small box. The box only contained three bags of narcotics and lose change. Detectives photographed the

AO 91 (Rev. 3/99) Criminal Complaint

## PROBABLE CAUSE AFFIDAVIT
## Davonta FLOOD

narcotics and took custody of the bags. Detectives field-tested the recovered narcotics and found the following:

    a.  1 bag containing .75 grams of Diphenylprolinol

    b.  1 bag containing .75 grams of cocaine

    c.  1 bag containing 1.5 grams of cocaine

8. SIU Detectives continued to search room A and located an application for a United States Passport. The application was for FLOOD, containing FLOOD's first and last name, and date birth. The Passport application was located on the top of the dresser in room A. Detectives also located in room A multiple items of male clothing. Room A appeared to be a bedroom and the only room in which someone was regularly staying. It contained a bed, a television, a dresser with clothing, a closet with clothing, a nightstand with a lamp and other objects, and a rug on the floor.

9. SIU Detectives searched the upstairs portion of the residence (labeled room G). Detectives located a printed copy of FLOOD's Ohio Identification card, and FLOOD's birth certificate on the floor of room G. Room G contained only an air mattress and trash items. Room G appeared disorganized and did not contain any other furniture, or male clothing items.

10. SIU Detectives arrested FLOOD for Drug Possession, a felony of the fifth degree. Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force Officers (TFOs) Thomas Livingston and Josh Wright attempted to interview FLOOD regarding the handgun and narcotics located in the residence. FLOOD was extremely irate, spitting out of the cruiser window, and kicking the cruiser door and back seats. FLOOD was yelling and stated, "You all are going to have to kill me today, I'm not going back to prison." Due to FLOOD's irate and erratic behavior, TFOs were unable to complete an interview.

11. Prior to the execution of the search warrant on June 3, 2026, SIU Detectives observed FLOOD coming and going from 85 ½ S Wheatland Ave while conducting physical and electronic surveillance. Detectives also conducted a trash pull from 85 ½ S Wheatland Ave and located an Ohio BMV receipt belonging to FLOOD.

12. FLOOD is prohibited from possessing a firearm based on the following felony convictions:

    a.  On July 6, 2015, FLOOD was convicted of Aggravated Assault 2903.12 O.R.C., a felony of the fourth degree, and Having Weapons Under Disability 2923.13 O.R.C., a felony of the third degree in the Franklin County Court of Common Pleas case number 15 CR 001359.

    b.  On June 5, 2017, FLOOD was convicted of Receiving Stolen Property 2913.51 O.R.C., a felony of the fourth degree in the Franklin County Court of Common Pleas case number 16 CR 005835.

    c.  On June 14, 2018, FLOOD was convicted of Escape 2921.34 O.R.C., a felony of the third degree in the Franklin County Court of Common Pleas case number 18 CR 001171.

    d.  On June 21, 2019, FLOOD was convicted of 18 U.S.C. §§ 922 (g)(1) and 924 (a) Felon in Possession of a Firearm in the Southern District of Ohio Federal Court case number 2:18-CR-012-1.

AO 91 (Rev. 3/99) Criminal Complaint

---

**PROBABLE CAUSE AFFIDAVIT**
**Davonta FLOOD**

   e. On August 8, 2025, FLOOD was convicted of 21 U.S.C. §§ 841(a)(1)(b)(1)(C) and 860(a) Possession with Intent to Distribute Fentanyl and Cocaine Near School in the Southern District of Ohio Federal Court case number 2:25-CR-00009(1). FLOOD is currently on federal supervised release for this conviction.

13. Your affiant has learned from an ATF Special Agent trained to determine the interstate nexus of firearms and ammunition that the described firearm meets the definition of a firearm as defined in 18 U.S.C. §§ 921(a)(3). The firearm was not manufactured in the State of Ohio and therefore affected interstate commerce.

14. Based on the personal identification items located in room A along with the male clothing items it is believed room A is utilized by FLOOD.

15. The aforementioned offense occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

16. Based on the information, your affiant believes probable cause exits that Davonta FLOOD is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) Felon in Possession of a Firearm.

Thomas Livingston
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this day of ___June 3, 2026___ , at _____
Columbus, Ohio.

**NORAH MCANN KING**
**UNITED STATES MAGISTRATE JUDGE**